**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
TAVAREZ-VARGAS,

        Plaintiff,

        -against-

SQUIX, LLC.,

        Defendant.
------------------------------------------------------------x

21-CV-10003 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Pursuant to the rulings made on the record at the June 14, 2022, Initial Case Management Conference, Plaintiff's counsel, Mr. Kroub, is directed to engage in good faith settlement discussions with Defendant's counsel. Plaintiff's counsel shall file a joint status letter on behalf of both parties by **5:00 p.m. on Friday, June 17, 2022**, informing the Court when settlement discussions took place and whether those discussions were productive.

      **SO ORDERED.**

Dated: June 14, 2022
      New York, New York

      *s/ Ona T. Wang*
      **Ona T. Wang**
      United States Magistrate Judge